**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

VERNEL DUVALL,

     *Plaintiff*,

    v.

NATIONAL LINKS TRUST,

     *Defendant*.

Civil Action No. 25-1034 (TJK)

<u>**MEMORANDUM**</u>

In early April 2025, Defendant removed this case from D.C. Superior Court. On April 14, Defendant moved to dismiss. The next day, the Court entered a *Fox* Order ordering Plaintiff to respond by April 29, 2025, and if not, advising him that the Court may treat Defendant's motion as conceded and dismiss the case. A copy of that order was sent to Plaintiff's address of record. When the deadline passed with no response from Plaintiff, the Court ordered Plaintiff to show cause by May 19, 2025, why it should not treat Defendant's motion as conceded. *See* Min. Order of May 5, 2025. The docket reflects no response from Plaintiff to that order either. Indeed, Plaintiff has filed nothing on the docket since the case was removed. For these reasons, pursuant to Local Rule 83.23 and the Court's "inherent power to dismiss a case *sua sponte* for a plaintiff's failure to prosecute or otherwise comply with a court order," *Peterson v. Archstone Communities LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011), the Court will dismiss the case without prejudice. A separate order will issue.

/s/ Timothy J. Kelly _____
TIMOTHY J. KELLY
United States District Judge

Date: June 2, 2025